UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

ROLETTA L. COLLINS            )
                              )
v.                            )    NO. 2:04-CV-355
                              )
JO ANNE B. BARNHARDT,          )
Commissioner of Social Security )

## **J U D G M E N T**

This is an action for judicial review of the final decision of the defendant Commissioner denying the plaintiff's application for supplemental security income and disability insurance benefits under the Social Security Act.

Pursuant to a memorandum opinion filed herewith, the plaintiff's motion for a judgment on the pleadings is **DENIED**; the defendant's motion for summary judgment is **GRANTED**; and this action is **DISMISSED**.

ENTER:

          s/Thomas Gray Hull
          THOMAS GRAY HULL
            SENIOR U. S. DISTRICT JUDGE